AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeague, David W. | U.S. Court of Appeals - Sixth | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination. Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Michigan State University College of Law |
| 2. Board Member | Federal Judges' Association |
| 3. Board Member | Michigan State University College of Law |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Michigan State University College of Law (approved teaching) | $24,685.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoruria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Michigan Health & Hospital Association - wages |
| 2. 2009 | Accident Fund Insurance Company - Director fees |
| 3. 2009 | Sparrow Physicians Health Network - Director fees |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Practicing Law Institute | 07/08/09 to 07/10/09 | New York, NY | Speaker at seminar | Lodging, transportation and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae Servicing Corporation | Student loans | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. Income during reporting period (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. Gross value at end of reporting period (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. Transactions during reporting period (2) Date mm/dd/yy | D. Transactions during reporting period (3) Value Code 2 (J-P) | D. Transactions during reporting period (4) Gain Code 1 (A-H) | D. Transactions during reporting period (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Stonehedge LP | A | Dividend | K | W | | | | | |
| 2. National City Bank | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | E | Dividend | O | T | | | | | |
| 5. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6. -PIMCo Low Duration | | | K | T | Sold (part) | 1/15/09 | J | A | |
| 7. -PIMCo Real Return | | | | | Sold | 7/9/09 | K | A | |
| 8. -PIMCo Total Return | | | L | T | Buy (add'l) | 9/09/09 | K | | |
| 9. -Artisan Intl | | | | | Sold (part) | 3/26/09 | J | A | |
| 10. | | | | | Sold | 7/9/09 | K | A | |
| 11. -DFA U.S. Small Cap | | | J | T | | | | | |
| 12. -Columbia Intl Value Z | | | K | T | Sold (part) | 3/26/09 | J | A | |
| 13. -T Rowe Price Mid Cap | | | K | T | Buy (add'l) | 9/1/09 | K | | |
| 14. -Vanguard Index 500 Signal Shares | | | M | T | Sold (part) | 1/15/09 | K | A | |
| 15. - PIMCo Developing Local Markets | | | | | Sold | 1/15/09 | K | A | |
| 16. - Touchstone Sands Capital Inst. Growth | | | K | T | Sold (part) | 1/15/09 | J | A | |
| 17. | | | | | Buy (add'l) | 9/2/09 | J | | |

1. Income Gain Codes     A  $1,000 or less     B –$1,001 - $2,500     C –$2,501 - $5,000     D =$5,001 - $15,000     E  $15,001 - $50,000
(See Columns B1 and D4)     F –$50,001 - $100,000     G –$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J –$15,000 or less     K  $15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                                  P3 =$25,000,001 - $50,000,000                                                  P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R –Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V –Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - ICAP Select Equity | | | K | T | Sold<br>(part) | 1/15/09 | J | A | |
| 19. | | | | | Buy<br>(add'l) | 9/1/09 | J | | |
| 20.   - iShares S&P 100 Index | | | | | Sold | 9/1/09 | K | A | |
| 21.   - Vanguard Intermediate Investment Grade<br>Investor | | | | | Buy | 7/9/09 | J | | |
| 22. | | | | | Sold | 9/9/09 | K | B | |
| 23.   - CRM Small Cap Value Instl | | | K | T | Buy | 09/02/09 | J | | |
| 24.   - Stratton Small Cap Value | | | J | T | | | | | |
| 25.   - Harbor International Instl | | | K | T | Sold<br>(part) | 1/15/09 | J | A | |
| 26.   - Credit Suisse Commodity Return Strategy | | | K | T | Buy<br>(add'l) | 1/15/09 | J | | |
| 27.   - BlackRock Global Allocation Cl I | | | K | T | Buy | 9/2/09 | K | | |
| 28.   - Calamos Growth & Income Fund Cl I | | | J | T | Buy | 3/26/09 | J | | |
| 29.   - Hussman Strategic Growth | | | J | T | Buy | 3/26/09 | J | | |
| 30.   - Loomis Sayles Strategic Income Y | | | K | T | Buy | 1/15/09 | K | | |
| 31.   - PIMCO Diversified Income Instl | | | J | T | Buy | 1/15/09 | K | | |
| 32. | | | | | Sold<br>(part) | 9/2/09 | K | C | |
| 33.   - SPDR Gold Trust Shares | | | J | T | Buy | 1/15/09 | J | | |
| 34.   - Thornburg International Value | | | K | T | Buy | 7/9/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Vanguard Inflation-Protected Securities | | | K | T | Buy | 7/9/09 | K | | |
| 36. MI Health & Hospital Association - (401K) | A | Dividend | L | T | | | | | |
| 37. Fifth Third Bank accounts | A | Interest | | | Closed | 04/06/09 | J | | |
| 38. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 39. IRA 2 | D | Dividend | N | T | | | | | |
| 40. -Schwab Adv. Cash Reserve | | | J | T | | | | | |
| 41. -PIMCo Low Duration | | | K | T | Sold (part) | 1/15/09 | J | A | |
| 42. -PIMCo Real Return | | | | | Sold | 7/9/09 | J | A | |
| 43. -PIMCo Total Return | | | L | T | Buy (add'l) | 9/9/09 | K | | |
| 44. | | | | | Buy (add'l) | 9/17/09 | J | | |
| 45. -Artisan Intl | | | | | Sold | 1/15/09 | J | A | |
| 46. -Rainier Small Mid Cap | | | J | T | Buy (add'l) | 7/9/09 | J | | |
| 47. -Vanguard Index 500 Signal Shares | | | J | T | Sold (part) | 3/27/09 | J | A | |
| 48. - PIMCo Developing Local Markets | | | | | Sold | 1/16/09 | K | A | |
| 49. - ICAP Select Equity | | | K | T | | | | | |
| 50. - Touchstone Sands Capital Inst. Growth | | | K | T | | | | | |
| 51. - iShares S&P 100 Index | | | | | Sold (part) | 9/1/09 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold | 9/10/09 | J | A | |
| 53.  - Vanguard Intermediate Investment Grade Investor | | | | | Sold | 9/9/09 | K | B | |
| 54.  - Harbor International Instl | | | | | Sold | 1/15/09 | J | A | |
| 55.  - Credit Suisse Commodity Return Strategy | | | K | T | Buy | 1/15/09 | J | | |
| 56.  - BlackRock Global Allocation Cl 1 | | | J | T | Buy | 9/2/09 | J | | |
| 57.  - Calamos Growth & Income Fund Cl 1 | | | J | T | Buy | 3/26/09 | J | | |
| 58.  - CRM Small Cap Value Instl | | | J | T | Buy | 9/2/09 | J | | |
| 59.  - Hussman Strategic Growth | | | J | T | Buy | 3/26/09 | J | | |
| 60.  - Loomis Sayles Strategic Income Y | | | J | T | Buy | 1/15/09 | J | | |
| 61.  - PIMCO Diversified Income Instl | | | J | T | Buy | 1/16/09 | J | | |
| 62. | | | | | Buy (add'l) | 1/16/09 | J | | |
| 63. | | | | | Sold (part) | 9/2/09 | J | B | |
| 64.  - SPDR Gold Trust Shares | | | J | T | Buy | 1/15/09 | J | | |
| 65.  - T. Rowe Price Mid-Cap Growth | | | J | T | Buy | 1/15/09 | J | | |
| 66. | | | | | Buy (add'l) | 9/1/09 | J | | |
| 67.  - Vanguard Inflation-Protected Securities | | | J | T | Buy | 7/10/09 | J | | |
| 68.  - Vanguard Total Stock Index Signal | | | | | Buy | 1/20/09 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B $1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,000 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q  Appraisal            R  Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)            U  Book Value           V  Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 03/27/09 | J | A | |
| 70. MI Health & Hosp. Assoc. deferred comp plan | A | Dividend | K | T | | | | | |
| 71. IRA 4 | B | Dividend | L | T | | | | | |
| 72. -Schwab Advisor Cash Reserve | | | J | T | | | | | |
| 73. -PIMCo Real Return | | | | | Sold | 7/9/09 | J | A | |
| 74. -PIMCo Total Return | | | K | T | Buy (add'l) | 9/17/09 | J | | |
| 75. -Columbia Int'l. Value Z | | | J | T | Sold (part) | 1/15/09 | J | A | |
| 76. -PIMCO Developing Local Markets Instl | | | | | Sold | 1/15/09 | J | A | |
| 77. -Vanguard Index 500 Signal | | | K | T | Buy (add'l) | 3/27/09 | J | | |
| 78. | | | | | Sold (part) | 9/17/09 | J | A | |
| 79. -Artisan Intl | | | | | Sold | 1/15/09 | J | A | |
| 80. - CRM Small Cap Value Instl | | | J | T | Buy | 1/15/09 | J | | |
| 81. - Loomis Sayles Strategic Income Y | | | J | T | Buy | 1/15/09 | J | | |
| 82. - PIMCO Low Duration Instl | | | J | T | Buy | 9/17/09 | J | | |
| 83. - Stratton Small Cap Value | | | J | T | Buy | 1/16/09 | J | | |
| 84. - Vanguard Inflation-Protected Securities | | | J | T | Buy | 7/9/09 | J | | |
| 85. - Vanguard Total Stock Index Signal | | | | | Buy | 1/15/09 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 3/27/09 | J | A | |
| 87. Schwab Individual Account | B | Dividend | L | T | | | | | |
| 88. -Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 89. -Vanguard Index 500 Signal Shares | A | Dividend | K | T | Sold (part) | 1/15/09 | K | A | |
| 90. | | | | | Buy (add'l) | 3/27/09 | J | | |
| 91. | | | | | Buy (add'l) | 9/17/09 | J | | |
| 92. -DFA Tax Managed U.S. Small Cap | | None | | | Sold | 1/15/09 | J | A | |
| 93. -Artisan Intl. | | None | | | Buy (add'l) | 1/15/09 | J | | |
| 94. | | | | | Sold | 7/9/09 | K | A | |
| 95. - Rainier Small/Mid Cap Instl. | | None | | | Sold | 1/15/09 | J | A | |
| 96. - iShares S&P 100 Index | A | Dividend | | | Sold (part) | 9/1/09 | J | A | |
| 97. | | | | | Sold | 9/2/09 | J | A | |
| 98. -Harbor International Instl | A | Dividend | J | T | Buy | 1/15/09 | J | | |
| 99. | | | | | Sold (part) | 3/26/09 | J | A | |
| 100. - Columbia International Value Cl Z | A | Dividend | J | T | Buy | 7/9/09 | J | | |
| 101. - Thornburg International Value | A | Dividend | K | T | Buy | 1/15/09 | J | | |
| 102. | | | | | Sold (part) | 3/26/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 7/9/09 | J | | |
| 104. MSU Federal Credit Union | A | Interest | J | T | | | | | |
| 105. Mercantile Bank | A | Interest | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)          U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544